# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARTIN GJIDODA,

        Petitioner,

v.                                                          Case No.  06-13654

ROBIN BAKER, Field Office              Honorable Arthur J. Tarnow
Director, Immigration and Customs      United States District Judge
Enforcement, et al

        Respondent.

_____/

## ORDER DIRECTING SERVICE OF PETITION
## FOR HABEAS CORPUS AND ANSWER

On August 17, 2006, Petitioner, Martin Gjidoda, filed a Petition for Writ of
*Habeas Corpus* pursuant to 28 U.S.C. § 2241 and request for Immediate Stay of
Deportation.  The Court has reviewed it and deems that it is not appropriate for
summary dismissal.  Therefore,

        IT IS ORDERED that:

        The Clerk of the Court is directed to serve photocopies of the petition and
this order upon the United States Attorney via facsimile and first-class mail, and
upon Respondent via first-class mail.  Respondent shall file a response to this
petition, along with relevant or supporting documentation, within five (5) days of
the date of this order.  Petitioner may reply in writing prior to the scheduled
hearing.

        In order to preserve the Court's jurisdiction over this matter, it is ordered

Dockets.Justia.com

*Diomande v. Wrona*
05-73290

that Petitioner's removal or deportation is hereby stayed until further order of the

Court.  28 U.S.C. § 1651.  For good cause shown, the Government may move to

vacate this stay.

**IT IS SO ORDERED.**


s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  August 18, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of
record on August 18, 2006, by electronic and/or ordinary mail.

s/Catherine A. Pickles
Judicial Secretary