UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN GJIDODA,

      Petitioner,

v.                                                                               Case No. 06-13654

ROBIN BAKER, Field Office                                 Honorable Arthur J. Tarnow
Director, Immigration and Customs                 United States District Judge
Enforcement, et al

      Respondent.
_____/

## ORDER DIRECTING SERVICE OF PETITION
## FOR HABEAS CORPUS AND ANSWER

On August 17, 2006, Petitioner, Martin Gjidoda, filed a Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241 and request for Immediate Stay of Deportation. The Court has reviewed it and deems that it is not appropriate for summary dismissal. Therefore,

IT IS ORDERED that:

The Clerk of the Court is directed to serve photocopies of the petition and this order upon the United States Attorney via facsimile and first-class mail, and upon Respondent via first-class mail. Respondent shall file a response to this petition, along with relevant or supporting documentation, within five (5) days of the date of this order. Petitioner may reply in writing prior to the scheduled hearing.

In order to preserve the Court's jurisdiction over this matter, it is ordered

*Diomande v. Wrona*
05-73290

that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.

   **IT IS SO ORDERED.**


                         s/Arthur J. Tarnow
                         Arthur J. Tarnow
                         United States District Judge

Dated: August 18, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 18, 2006, by electronic and/or ordinary mail.

                         s/Catherine A. Pickles
                         Judicial Secretary